640 A.2d 409

**Ruth H. STALLING, Appellant,**

v.

**WORKERS' COMPENSATION SECURITY FUND
and Inservco Insurance Services, Inc.**

Supreme Court of Pennsylvania.

Argued April 7, 1994.

Decided April 22, 1994.

David S. Dessen, Sharon L. Steingard, Philadelphia, for appellant.

David L. Bricker, Harrisburg, for Workmen's Comp. Sec. Fund.

Karen M. Balaban, Harrisburg, for Inservco Ins. Services, Inc.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### *ORDER*

PER CURIAM:

Order affirmed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.